UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SONYA ARNOLD,

        Plaintiff,

        Case No. 1:09-cv-1157

v.

        HONORABLE PAUL L. MALONEY

KELLOGG COMPANY,

        Defendant.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Kellogg Company has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Kellogg Company shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: March 4, 2010

        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge