UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SONYA ARNOLD,
        Plaintiff,

No. 1:09-cv-1157

-v-

HONORABLE PAUL L. MALONEY

KELLOGG COMPANY
        Defendant.

ORDER TO SHOW CAUSE

Defendant filed a motion to dismiss on March 3, 2010. (Dkt. No. 2.) On March 31, 2010, the court signed a stipulation submitted by the parties giving Plaintiff an extension of time to file her response to the motion. (Dkt. No. 12.) To date no response has been filed.

Plaintiff shall **SHOW CAUSE** why this action should not be dismissed. Plaintiff shall file a written explanation why the action should not be dismissed no later than Monday, August 30, 2010 at 5:00 p.m. If a response to Defendant's motion to dismiss is filed any time prior to this deadline, the court will consider the response a sufficient answer to this show cause order. If no response to the motion or answer to this order is filed by the deadline, the action will be dismissed with prejudice on the basis of Defendant's motion.

      **IT IS SO ORDERED.**

Date:  July 16, 2010                                              /s/ Paul L. Maloney
                                                                               Paul L. Maloney
                                                                               Chief United States District Judge