UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


| | |
|---|---|
| SONYA ARNOLD,             )<br>          Plaintiff,       )<br>                           )<br>-v-                        )<br>                           )<br>KELLOGG COMPANY PENSION PLAN, )<br>          Defendant.      )<br>_____) | No. 1:09-cv-1157<br><br>HONORABLE PAUL L. MALONEY |

# **JUDGMENT**

Having denied Plaintiff Sonya Arnold's motion for appropriate plan benefits, and having affirmed Defendant's decision that Arnold was not entitled to pension benefits from 1991 to 2000 under the terms of the pension plan, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  February 20, 2013                    /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            Chief United States District Judge